# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MATTHEW FINNEGAN; FINNEGAN LLC; and LIQUID EVENTS WORLDWIDE LLC,<br><br>                                    Plaintiffs,<br><br>v.<br><br>LEGAL SHIELD,<br><br>                                    Defendant. | Case No.:  21-CV-773 JLS (KSC)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO STATE CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO 28 U.S.C. § 1915(e)(2) AND FAILURE TO PROSECUTE IN COMPLIANCE WITH COURT ORDER REQUIRING AMENDMENT** |

On April 22, 2021, the Court granted Plaintiff Sean Matthew Finnegan's application to proceed *in forma pauperis* and dismissed Plaintiffs Sean Matthew Finnegan, Finnegan LLC, and Liquid Events Worldwide LLC's (collectively, "Plaintiffs") Complaint as frivolous due to lack of subject-matter jurisdiction pursuant to 28 U.S.C. § 1915(e)(2). *See generally* ECF No. 4 ("Order").  In so doing, the Court granted Plaintiffs forty-five days in which to file an amended complaint. *See id.* at 6.  The Order clearly stated that, "should Plaintiffs fail to file an amended complaint within forty-five (45) days, the Court will enter a final Order dismissing this civil action based both on Plaintiffs' failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2) and their failure to prosecute in compliance with a court order requiring amendment." *Id.* (citing *Lira v.*

*Herrera*, 427 F.3d 1164, 1169 (9th Cir. 2005)) (emphasis in original).  Although more than forty-five days have passed since the issuance of the Order, Plaintiffs have not filed an amended complaint in accordance with the Order.

Accordingly, the Court **DISMISSES** Plaintiffs' action **WITHOUT PREJUDICE**. As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated:  June 10, 2021

Hon. Janis L. Sammartino
United States District Judge